FILED
2015 Sep-01  PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NICOLE HARDIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:14-cv-01175-AKK |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On August 5, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge

that the decision of the Commissioner be reversed and this matter remanded to the Commissioner for further proceedings in accordance with SSR 12-2p.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 1st day of September, 2015.

                                 _____
                                 **ABDUL K. KALLON**
                                 UNITED STATES DISTRICT JUDGE